AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>Ahmad KAZZELBACH<br>*Defendant(s)* | Case No. 19-150-SAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2016 through June 2017__ in the county of __Anne Arundel__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(2)(C); | Obtaining Information from a Protected Computer; |
| 18 U.S.C. § 1028A; and | Aggravated Identity Theft; and |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

See attached Affidavit.

✓ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JAN 14 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY CRS DEPUTY

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Fowler, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 14, 2019

City and state: Baltimore, MD

_____
*Judge's signature*

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

JJ1