IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                                      )<br>)<br>AHMAD KAZZELBACH                       )<br>) | Case No. 19-cr-530 |

## ORDER MODIFYING RELEASE CONDITIONS

Upon consideration of the defendant Ahmad Kazzelbach's Consent Motion to Modify Conditions of Release, and for good cause shown, the motion is hereby GRANTED. Mr. Kazzelbach's conditions of release are modified as follows:

Mr. Kazzelbach's curfew hours are hereby extended on December 24 – 25, 2019, to allow him to attend a family Christmas celebration. In addition to the regularly authorized hours, Mr. Kazzelbach is permitted to be outside of his residence from 7:00pm on December 24, 2019 until 2:00am on December 25, 2019.

All other conditions of release shall remain in effect.

_____
United States Magistrate Judge    12/16/19