IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Crim. Case No. JKB-19-530 |
| AHMAD KAZZELBACH | ) |

### ORDER MODIFYING RELEASE CONDITIONS

Upon consideration of the defendant Ahmad Kazzelbach's Consent Motion to Modify Conditions of Release, and for good cause shown, the motion is hereby GRANTED. Mr. Kazzelbach's conditions of release are hereby modified as follows: The requirement that Mr. Kazzelbach abide by a curfew is removed. All other conditions of release shall remain in effect.

_____ 1/14/20
United States Magistrate Judge
J. MARK COULSON