# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. JKB-19-0530** |
| | * | |
| **AHMAD KAZZELBACH,** | * | |
| | * | |
| **Defendant.** | * | |
| | ****** | |

## MOTION FOR LEAVE TO FILE AUDIO AND VIDEO EXHIBITS

The United States of America hereby moves this Court for leave to submit audio and video files as exhibits so that the Court will have the benefit of listening to and watching the recordings instead of reading transcripts. The United States has filed a contemporaneous motion to file these exhibits under seal.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Jeffrey J. Izant
P. Michael Cunningham
Assistant United States Attorneys

So ORDERED this _____ day of July, 2020.

_____
HONORABLE JAMES K. BREDAR
CHIEF UNITED STATES DISTRICT JUDGE